**People of the State of Illinois, Plaintiff-Appellee, v. John E. Maloney (Impleaded), Defendant-Appellant.**

**Gen. No. 52,800. (Abstract of Decision.)**

First District, Second Division.

May 6, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Harold A. Cowen, Norman W. Fishman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Haddad, of counsel), for appellee. Opinion by JUSTICE McCORMICK. **Not to be published in full.**